UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELSIE WEBB,

    Plaintiffs,

vs.

WESTBORN CHRYSLER PLYMOUTH
JEEP, INC.,

    Defendant.
_____/

Civil Action No.
03-CV-71077-DT

HON. BERNARD A. FRIEDMAN

## **J U D G M E N T**

The court has granted defendant's motions for summary judgment. Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiffs. Costs to be permitted in accordance with law.

    DAVID J. WEAVER
    CLERK OF COURT

    By:  s/Carol L. Mullins
        Deputy Clerk

May 11, 20005
Approved:__s/Bernard A. Friedman_____
    BERNARD A. FRIEDMAN
    CHIEF U.S. DISTRICT JUDGE

**I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.**

    **_____/s/ Patricia Foster Hommel_____**
        **Patricia Foster Hommel**
    **Secretary to Chief Judge Friedman**